UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) 2:15-cr-00057-JDL |
| MARIE ANGEL MICHAUD, | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Report and Recommended Decision with the court on December 16, 2016, pursuant to 28 U.S.C. § 636 (b)(1)(B) and Federal Rule of Civil Procedure 72(b). ECF No. 61. The defendant filed an Objection to the Recommended Decision on December 22, 2016. ECF No. 63. No response to the defendant's Objection was filed.

I have reviewed and considered the Magistrate Judge's Report and Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Report and Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Report and Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's Motion for Immediate Release (ECF No. 59) is **DISMISSED**.

SO ORDERED.

Dated this 9th day of January 2017.

                                                     **/s/ JON D. LEVY**
                                                   **U.S. DISTRICT JUDGE**