UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | **2:15-cr-00057-JDL** |
| **MARIE ANGEL MICHAUD,** ) | |
| ) | |
| Defendant. ) | |

### ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Amended Recommended Decision (ECF No. 76) with the court on March 14, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on March 20, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Amended Recommended Decision of the Magistrate Judge is hereby **ACCEPTED**. Accordingly, it is also **ORDERED** as follows: (1) Petitioner's Motion for habeas relief under 28 U.S.C. § 2255 (ECF No. 64) is hereby **DISMISSED**; and (2) a certificate of appealability is **DENIED** pursuant to Rule 11 of the Rules Governing Section 2255 cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

Dated this 4th day of April 2017.

                                                                  /s/ Jon D. Levy  
                                                               U.S. DISTRICT JUDGE